WINSTON & STRAWN LLP
200 Park Ave.
New York, NY 10166
(212) 294-6700
James S. Richter

Attorneys for Plaintiffs,
Taro Pharmaceutical Industries Ltd.,
Taro Pharmaceuticals North America, Inc., and
Taro Pharmaceuticals U.S.A., Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

―――――――――――――――――――――――x
:
TARO PHARMACEUTICAL INDUSTRIES : Honorable
LTD., TARO PHARMACEUTICALS NORTH :
AMERICA, INC. and TARO : Civil Action No.
PHARMACEUTICALS U.S.A., INC., :
:
    Plaintiffs, :
: **PLAINTIFFS TARO**
  v. : **PHARMACEUTICAL INDUSTRIES,**
: **LTD., TARO PHARMACEUTICALS**
: **NORTH AMERICA, INC. AND TARO**
: **PHARMACEUTICALS U.S.A., INC.'S**
NOVITIUM PHARMA, LLC : **FED. R. CIV. P. 7.1 CORPORATE**
: **DISCLOSURE STATEMENT**
    Defendant. :
:
:
―――――――――――――――――――――――x

      Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiffs Taro Pharmaceutical Industries, Ltd., Taro Pharmaceuticals North America, Inc., and Taro Pharmaceuticals U.S.A., Inc., (collectively "Plaintiffs") certify that Plaintiffs are non-governmental corporate parties.  Taro Pharmaceutical Industries, Ltd. is the parent company of Taro Pharmaceuticals North America, Inc., and Taro Pharmaceuticals U.S.A., Inc.  Sun Pharmaceutical Industries Ltd., a publicly traded company in India, owns more than 10% of Taro Pharmaceuticals Industries Ltd.'s stock.

                                      WINSTON & STRAWN LLP
                                      Attorneys for Plaintiffs,
                                      Taro Pharmaceutical Industries Ltd, Taro
                                      Pharmaceuticals North America, Inc., and Taro
                                      Pharmaceuticals U.S.A., Inc.

                                      By:    s/ James S. Richter
                                               James S. Richter
                                             jrichter@winston.com

Dated: January 24, 2019


**OF COUNSEL**

Charles B. Klein
Jovial Wong
WINSTON & STRAWN
1700 K Street, NW
Washington, DC 20006
(202) 282-5000
cklein@winston.com
jwong@winston.com

Karalena M. Guerrieri
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60611
(312) 558-5600
kguerrieri@winston.com